32015.   MEDLEY *v.* DOOLEY *et al.*

GARDNER, J. This case is controlled by the decision and judgment in *Atlanta-Asheville Motor Express* v. *Dooley*, ante.
*Judgment affirmed with direction. MacIntyre, P.J., and Townsend, J., concur.*

DECIDED OCTOBER 8, 1948. REHEARING DENIED DECEMBER 15, 1948.

*John M. Slaton,* for plaintiff in error.

*W. Harvey Armistead, Marvin A. Allison, Alton G. Liles,* contra.